IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**KELVYN MYERS** **PLAINTIFF**

v. **NO. 3:12cv66-MPM-DAS**

**SHERIFF KENNY DICKERSON, et al.** **DEFENDANT**

**JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated October 29, 2012, and the November 20, 2012, objections thereto, the Court finds that Plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated October 29, 2012, is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

2. That the defendant, Ronald King, is **DISMISSED** from this cause.

3. That Plaintiff's claim against the remaining defendant **PROCEED**.

**THIS** the 26th day of November, 2012.

/s/ Michael P. Mills
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**